UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HELEN MARIE PETRUCCI,

        Plaintiff,

v.                                          Case No: 6:21-cv-136-GKS-DCI

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

REPORT AND RECOMMENDATION

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **Unopposed Motion for Entry of Judgment and Remand to Agency (Doc. 19)** |
| **FILED:** | December 9, 2021 |
| | **THEREON** it is **Recommended** that the motion be **GRANTED**. |

On December 9, 2021, the Commissioner of Social Security filed a motion for entry of judgment with remand (the Motion). Doc. 19. In the Motion, the Commissioner requests that the Court "enter a judgment, with a remand of the cause to the Commissioner for further action, under sentence four of 42 U.S.C. § 405(g) for the following reasons":

> Upon remand, the Commissioner will further evaluate Plaintiff's claim based on the evidence of record, including the medical opinion evidence.

*Id.* at 1. In light of the foregoing, the Commissioner requests that her decision be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) so that an ALJ may perform the tasks

detailed above. *Id*. at 1-2. The Motion is unopposed. *Id*. at 1. The undersigned finds the Motion well-taken.

Accordingly, it is **RECOMMENDED** that:

1. The Motion (Doc. 19) be **GRANTED**;

2. The final decision of the Commissioner be **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of § 405(g) for the above stated reasons; and

3. The Clerk be directed to enter judgment in favor of Plaintiff and to close the case.

## NOTICE TO PARTIES

The party has fourteen days from the date the party is served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to serve and file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. See 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1). **The parties may file a notice of no objection in they have no objection to this Report and Recommendation.**

Recommended in Orlando, Florida on December 13, 2021.

_____
DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy

- 2 -