UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

HELEN MARIE PETRUCCI,

Plaintiff,

v.                                                              Case No: 6:21-cv-136-GKS-DCI

COMMISSIONER OF SOCIAL
SECURITY,

Defendant.

# ORDER

THIS CAUSE comes before the Court upon Defendant, Commissioner of Social Security's, Unopposed Motion for Entry of Judgment With Reversal and Remand of the Cause to the Defendant (Doc. 19) (Motion). Defendant states that "[u]pon remand, the Commissioner will further evaluate Plaintiff's claim based on the evidence of record, including the medical opinion evidence." (Doc. 19:1). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On December 13, 2021, the United States Magistrate Judge issued a Report and Recommendation, (Doc. 20), recommending that Defendant's Motion be granted, the Commissioner's decision be reversed and remanded, and judgment be entered in favor of Plaintiff.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 20) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant's Unopposed Motion for Entry of Judgment With Reversal and Remand of the Cause to the Defendant (Doc. 19), is **GRANTED**.

3. The Commissioner's final decision is **REVERSED**, and the action is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the reason stated by the Commissioner.

4. The Clerk of Court is **DIRECTED** to enter Judgment in favor of Plaintiff, Helen Marie Petrucci, and against Defendant Commissioner of Social Security, and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this 30 day of December, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties